IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARTIE FITZGERALD,

   Plaintiff,

    v.

ASBURY AUTOMOTIVE
ATLANTA, LLC doing business as
Asbury Nalley BMW,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2080-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Defendant's Motion to Compel Arbitration [Doc. 17]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Arbitration [Doc. 17] is GRANTED.

   SO ORDERED, this 25 day of February, 2008.

                           /s/Thomas W. Thrash
                           THOMAS W. THRASH, JR.
                           United States District Judge